# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CASSANDRA RENA MOTLEY, | ) | Case No.: 2:14-cv-05322-MAN |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| | ) | |
| vs. | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' Stipulation For Dismissal filed on March 17, 2015, and the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(1)(B), IT IS ORDERED that the above captioned matter is dismissed with prejudice, with each party to bear its own fees, costs, and expenses.

DATE: March 18, 2015

                                             *Margaret A. Nagle*
                                         MARGARET A. NAGLE
                         UNITED STATES MAGISTRATE JUDGE